SEDGWICK LLP
ROBERT F. HELFING  Bar No. 90418
*robert.helfing@sedgwicklaw.com*
CAROLINE H. MANKEY  Bar No. 187302
*caroline.mankey@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Tel.: (213) 426-6900
Fax. (877) 547-6580

M. NEIL CUMMINGS  Bar No. 076166
mneil@mncalaw.org
M. NEIL CUMMINGS & ASSOCIATES, PLC
11150 W. Olympic Blvd., Suite 1050
Los Angeles, CA 90064-1817
Telephone: (310) 914-1853
Facsimile: (310) 914-1849

Attorneys for Defendants
Carroll Hall Shelby Trust, Carroll Shelby
Licensing, Inc., and M. Neil Cummings and
Counterclaimants Carroll Hall Shelby Trust and
Carroll Shelby Licensing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY WHEEL COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARROLL SHELBY TRUST, et al., <br><br> Defendants. <br> _____ <br> AND RELATED COUNTERCLAIM | Case No. CV-15-3859 JAK (JPRx) <br><br> **COUNTERCLAIMANTS' WITNESS LIST** <br><br> Trial Date:  04/04/2017 <br> Time:  9:00 a.m. <br> Courtroom:  10B |

1

Counterclaimants Carroll Hall Shelby Trust ("Shelby Trust") and Carroll Shelby Licensing, Inc. ("CSL") hereby disclose the following witnesses that they expect to call at the trial on their counterclaims in this matter, other than those contemplated to be used solely for impeachment.  Counterclaimants reserve the right to amend or supplement this list.  Counsel for Counterdefendant Carroll Shelby Wheel Company, Inc. ("Shelby Wheel") failed and refused to meet and confer regarding the preparation of any pre-trial documents, and has failed to defend against the counterclaims in any respect, so no time has been estimated for any examination by Shelby Wheel.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

| Name and Anticipated Testimony | Direct Examination Estimate | Cross-Examination Estimate | Re-Direct Examination Estimate | Total Time Estimate |
|---|---|---|---|---|
| 1.  M. Neil Cummings: The expiration and non-renewal of Shelby Wheel's license agreement with CSL; Shelby Wheel's continued use of CSL's intellectual property after expiration of the license agreement without permission; Shelby Wheel's nonpayment of royalties; Shelby Wheel's failure to provide royalty statements and other accounting information. | 1.00 | | | 1.00 |
| 2.  Joe Conway: The expiration and non-renewal of Shelby Wheel's license agreement with CSL; Shelby Wheel's | 0.80 | | | 0.80 |

| Name and Anticipated Testimony | Direct Examination Estimate | Cross-Examination Estimate | Re-Direct Examination Estimate | Total Time Estimate |
|---|---|---|---|---|
| continued use of CSL's intellectual property after expiration of the license agreement without permission; Shelby Wheel's nonpayment of royalties; Shelby Wheel's failure to provide royalty statements and other accounting information. | | | | |
| 3.  Claudia Toquica: | 0.80 | | | 0.80 |
| The expiration and non-renewal of Shelby Wheel's license agreement with CSL; Shelby Wheel's continued use of CSL's intellectual property after expiration of the license agreement without permission; Shelby Wheel's | | | | |

| Name and Anticipated Testimony | Direct Examination Estimate | Cross-Examination Estimate | Re-Direct Examination Estimate | Total Time Estimate |
|---|---|---|---|---|
| nonpayment of royalties; Shelby Wheel's failure to provide royalty statements and other accounting information. | | | | |
| 4.  Darrell Whitman: Shelby Wheel's unlawful use of CSL's intellectual property after expiration of the license agreement and profits derived therefrom; Shelby Wheel's unlawful use of Carroll Shelby's name and likeness and profits derived therefrom; the gross mismanagement of Shelby Wheel. | | 1.00 | | 1.00 |
| 5.  Larry Boyd Shelby Wheel's unlawful use of CSL's | | 1.00 | | 1.00 |

| Name and Anticipated Testimony | Direct Examination Estimate | Cross-Examination Estimate | Re-Direct Examination Estimate | Total Time Estimate |
|---|---|---|---|---|
| intellectual property after expiration of the license agreement and profits derived therefrom; Shelby Wheel's unlawful use of Carroll Shelby's name and likeness and profits derived therefrom; the gross mismanagement of Shelby Wheel. | | | | |
| 6.  Shawna Boyd: Shelby Wheel's unlawful use of CSL's intellectual property after expiration of the license agreement and profits derived therefrom; Shelby Wheel's unlawful use of Carroll Shelby's name and likeness and profits derived therefrom; the gross mismanagement | 1.00 | | | 1.00 |

| Name and Anticipated Testimony | Direct Examination Estimate | Cross-Examination Estimate | Re-Direct Examination Estimate | Total Time Estimate |
|---|---|---|---|---|
| of Shelby Wheel. | | | | |
| Totals: 6 | 2.60 | 3.00 | | 5.60 |

DATED: March 6, 2017          SEDGWICK LLP


                              By:    _/s/ Caroline H. Mankey_____
                                     Attorneys for Defendants
                                     Carroll Hall Shelby Trust, Carroll Shelby
                                     Licensing, Inc., and M. Neil Cummings and
                                     Counterclaimants Carroll Hall Shelby Trust
                                     and Carroll Shelby Licensing, Inc.