SEDGWICK LLP
ROBERT F. HELFING  Bar No. 90418
*robert.helfing@sedgwicklaw.com*
CAROLINE H. MANKEY  Bar No. 187302
*caroline.mankey@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Tel.: (213) 426-6900
Fax. (877) 547-6580

M. NEIL CUMMINGS  Bar No. 076166
mneil@mncalaw.org
M. NEIL CUMMINGS & ASSOCIATES, PLC
11150 W. Olympic Blvd., Suite 1050
Los Angeles, CA 90064-1817
Telephone: (310) 914-1853
Facsimile: (310) 914-1849

Attorneys for Defendants
Carroll Hall Shelby Trust, Carroll Shelby
Licensing, Inc., and M. Neil Cummings and
Counterclaimants Carroll Hall Shelby Trust and
Carroll Shelby Licensing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY WHEEL COMPANY, INC., | Case No. CV-15-3859 JAK (JPRx) |
| Plaintiff, | **COUNTERCLAIMANTS' EXHIBIT LIST** |
| v. | |
| CARROLL SHELBY TRUST, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | Trial Date:    04/04/2017<br>Time:          9:00 a.m.<br>Courtroom:   10B |

1

Counterclaimants Carroll Hall Shelby Trust ("Shelby Trust") and Carroll Shelby Licensing, Inc. ("CSL") hereby disclose the following list of exhibits to be presented at the trial of their counterclaims, other than those contemplated to be used solely for impeachment.  Counterclaimants reserve the right to amend or supplement this list.  Counsel for Counterdefendant Carroll Shelby Wheel Company, Inc. ("Shelby Wheel") failed and refused to meet and confer regarding the preparation of any pre-trial documents, and has failed to defend against the counterclaims in any respect, so Counterclaimants are unable to identify whether the admissibility of any exhibits is stipulated or disputed by Shelby Wheel.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

COUNTERCLAIMANT'S EXHIBIT LIST

Case Name:
Carroll Shelby Wheel Company, Inc., et al. v. Carroll Shelby Trust, et al.

Case Number:  CV-15-3859 JAK (JPRx)

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | 02/01/05 License Agreement between CSL and Shelby Wheel (CST 00001-23) | | | | |
| 2 | 03/03/06 Letter from Neil Cummings to Bill Madden (CST 00093-97) | | | | |
| 3 | First Amendment to February 1, 2005 Trademark License Agreement (CST 00135) | | | | |
| 4 | 8/24/10 Letter from Neil Cummings to Christy Wittmaier requesting documents (CST | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 00171-173) | | | | |
| 5 | 04/18/11 Letter from Neil Cummings to Gail Frederick requesting documents and information (CST 00174-175) | | | | |
| 6 | 10/20/11 email from Tracey Smith to Darrell Whitman requesting royalty statement (CST 00184) | | | | |
| 7 | Second Amendment to February 1, 2005 Trademark License Agreement (CST 00185) | | | | |
| 8 | 07/16/12 Letter from Cummings to Larry and Shawna Boyd re unexecuted | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | amendment (CST 00203) | | | | |
| 9 | 07/27/12 Letter from Cummings to Larry and Shawna Boyd re failure to submit royalty statements (CST 00211) | | | | |
| 10 | 07/27/12 Letter from Cummings to Larry and Shawna Boyd requesting profit and loss statements (CST 00212) | | | | |
| 11 | 02/11/14 Letter from Tracey Smith to Larry Boyd re expiration and non-renewal of license agreement (CST 00237) | | | | |
| 12 | 01/29/15 Letter from Cummings to Shawna Boyd re | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | unlicensed sales and demand for accounting and cease and desist (ST 00243) | | | | |
| 13 | 02/27/14 Letter from Gail Fredrick to Tracey Smith accepting June 14, 2014 as date of expiration of license agreement (CST 00245) | | | | |
| 14 | Shelby Wheel invoices dated on or after the March 31, 2013 expiration of the license agreement (SHELBY WHEEL COMPANY 002625-3581) | | | | |
| 15 | Shelby Wheel sales reports 2007-2015 (SHELBY | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | WHEEL COMPANY 003700-004105) | | | | |
| 16 | Shelby Wheel 2007 tax returns (SHELBY WHEEL COMPANY 003582-003608) | | | | |
| 17 | Shelby Wheel 2008 tax returns (SHELBY WHEEL COMPANY 003595-003684) | | | | |
| 18 | Shelby Wheel 2009 tax returns (SHELBY WHEEL COMPANY 003609-003623) | | | | |
| 19 | Shelby Wheel 2010 tax returns (SHELBY WHEEL COMPANY | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | 003624-003638) |  |  |  |  |
| 20 | Shelby Wheel 2011 tax returns (SHELBY WHEEL COMPANY 003639-003654) |  |  |  |  |
| 21 | Shelby Wheel 2012 tax returns (SHELBY WHEEL COMPANY 003655-003669) |  |  |  |  |
| 22 | Shelby Wheel 2013 tax returns (SHELBY WHEEL COMPANY 003670-003684) |  |  |  |  |
| 23 | Shelby Wheel 2014 tax returns (SHELBY WHEEL COMPANY 003685-003699) |  |  |  |  |
| 24 | Shelby Wheel P&L |  |  |  |  |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 2007 (SHELBY WHEEL COMPANY 004106-4140) | | | | |
| 25 | Shelby Wheel P&L 2008 (SHELBY WHEEL COMPANY 004141-4195) | | | | |
| 26 | Shelby Wheel P&L 2009 (SHELBY WHEEL COMPANY 004196-4247) | | | | |
| 27 | Shelby Wheel P&L 2010 (SHELBY WHEEL COMPANY 004248-4280) | | | | |
| 28 | Shelby Wheel P&L 2011 (SHELBY WHEEL COMPANY 004281-4313) | | | | |
| 29 | Shelby Wheel P&L 2012 (SHELBY | | | | |

84418995v1

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | WHEEL COMPANY 004314-4351) | | | | |
| 30 | Shelby Wheel P&L 2013 (SHELBY WHEEL COMPANY 004352-4389) | | | | |
| 31 | Shelby Wheel P&L 2014 (SHELBY WHEEL COMPANY 004390-4426) | | | | |
| 32 | Shelby Wheel P&L 2015 (SHELBY WHEEL COMPANY 004427-4451) | | | | |
| 33 | 12/03/14 Resignation of Conway and Cummings (SHELBY WHEEL COMPANY 004511-4513) | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 34 | Shelby Wheel Responses to Interrogatories | | | | |
| 35 | Shelby Wheel Responses to Requests for Admission | | | | |
| 36 | Shelby Wheel Responses to Requests for Production | | | | |
| 37 | Printouts from Shelby Wheel's website showing unauthorized uses of Shelby trademarks and publicity rights | | | | |
| 38 | Printouts from Shelby Wheel's social media pages showing unauthorized uses of Shelby trademarks and publicity rights | | | | |

| No. of Exhibit | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 39 | Registration Certificates for each of the registered SHELBY trademarks | | | | |

DATED: March 6, 2017          SEDGWICK LLP


By:    _/s/ Caroline H. Mankey_____

    Attorneys for Defendants
Carroll Hall Shelby Trust, Carroll Shelby
Licensing, Inc., and M. Neil Cummings and
Counterclaimants Carroll Hall Shelby Trust
and Carroll Shelby Licensing, Inc.